Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br>Plaintiff, <br><br>vs. <br><br>JERRY ALEXANDER KOLBLY, ET AL., <br><br>Defendants. | CASE NO. 8:11-cv-01904-WDK-E <br><br>[Proposed] ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS JERRY ALEXANDER KOLBLY and STEPHEN MICHAEL MILES, individually and d/b/a NOBLE ALE BREWERY, and NOBLE ALE WORKS, INC., an unknown business entity d/b/a NOBLE ALE BREWERY |

IT IS HEREBY STIPULATED by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendants JERRY ALEXANDER KOLBLY and STEPHEN MICHAEL MILES, individually and d/b/a NOBLE ALE BREWERY, and NOBLE ALE WORKS, INC., an unknown business entity d/b/a NOBLE ALE BREWERY, that the above-entitled action is hereby dismissed **without prejudice** against JERRY ALEXANDER KOLBLY and STEPHEN MICHAEL MILES, individually and d/b/a NOBLE ALE BREWERY, and NOBLE ALE WORKS, INC., an unknown business entity d/b/a NOBLE ALE BREWERY, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by January 30, 2013, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

1        This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party
2  referenced-above shall bear its own attorneys' fees and costs.
3
4  **IT IS SO ORDERED**:
5
6  _____[signature]_____        Dated: FEB 11 2013
7  **The Honorable William D. Keller**
   **United States District Court**
8  **Central District of California**